Wilford CANADY, Plaintiff in Error, v. STATE of Florida, Defendant in Error.

Supreme Court of Florida.
Jan. Term, 1936.

Thomas E. Walker, of Marianna, for the motion.

PER CURIAM.
Writ of error dismissed on motion of counsel for plaintiff in error.

CITY OF FORT LAUDERDALE, a Municipal Corporation, et al., Plaintiffs in Error, v. STATE of Florida ex rel. ELSTON BANK & TRUST COMPANY, a Corporation, Defendant in Error.

Supreme Court of Florida.
Jan. Term, 1936.

George W. English, Jr., E. B. Griffis, and R. R. Saunders, all of Fort Lauderdale, for plaintiffs in error.

Casey & Walton, of Miami, for defendant in error.

PER CURIAM.
Writ of error dismissed on motion of counsel for the respective parties.

CITY OF HOLLYWOOD, a Municipal Corporation, et al., Plaintiffs in Error, v. STATE of Florida ex rel. Ralph M. WINTERS, a Resident of Lucas County, Ohio, Defendant in Error.

Supreme Court of Florida.
Jan. Term, 1936.

C. H. Landefeld, Jr., of Hollywood, E. B. Griffis and R. R. Saunders, both of Fort Lauderdale, for plaintiffs in error.

Casey & Walton, of Miami, for defendant in error.

PER CURIAM.
Writ of error dismissed on motion of counsel for the respective parties.

CITY OF HOLLYWOOD, a Municipal Corporation, et al., Plaintiffs in Error, v. STATE of Florida ex rel. BEN HUR LIFE ASSOCIATION, a Corporation, Defendant in Error.

Supreme Court of Florida.
Jan. Term, 1936.

C. H. Landefeld, Jr., of Hollywood, and E. B. Griffis and R. R. Saunders, both of Fort Lauderdale, for plaintiffs in error.

Casey & Walton, of Miami, for defendant in error.

PER CURIAM.
Writ of error dismissed on motion of counsel for the respective parties.

CITY OF LIVE OAK, FLORIDA, a Municipal Corporation Under the Laws of Florida et al., Plaintiffs in Error, v. STATE of Florida ex rel. Carl F. WEIL et al., Defendants in Error.

Supreme Court of Florida.
Jan. Term, 1936.

Alfred T. Airth and J. L. Blackwell, both of Live Oak, for plaintiffs in error.

J. Franklin Garner, of Lakeland, for defendants in error.

PER CURIAM.
Writ of error dismissed on motion of counsel for defendants in error.